USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HSEIH LIANG YEH,
      Plaintiff,

18 CIVIL 6018 (PAE)

-against-

**JUDGMENT**

HAN DYNASTY, INC., HAN DYNASTY UPPER
WEST SIDE CORP., and LUNG-SHEN CHIANG,
      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 24, 2020, defendants' motion for summary judgment is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
   February 24, 2020

                RUBY J. KRAJICK
                _____
                **Clerk of Court**
         **BY:**
                _____
                **Deputy Clerk**